386

J. E. BERNARD & Co. (NORMAN WILLETS Co.) *v.* UNITED STATES

**No. 6872.**—Invoices dated Ilford, England, December 1943, etc.
Certified December 1943, etc.
Entered at Chicago, Ill., February 24, 1944, etc.
Entry No. 3212, etc.

(Decided February 14, 1947)

*Wallace & Schwartz (Joseph Schwartz* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

CARSON PIRIE SCOTT & Co. *v.* UNITED STATES

**No. 6873.**—Invoices dated London, England, February 1945, etc.
Certified February 1945, etc.
Entered at Chicago, Ill., March 23, 1945, etc.
Entry No. 3500, etc.

(Decided February 14, 1947)

*Wallace & Schwartz (Joseph Schwartz* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.